670 A.2d 1055

IN THE MATTER OF DAVID J. ORTOPAN,
AN ATTORNEY AT LAW.

February 15, 1996.

### ORDER

The Disciplinary Review Board having recommended to the Court that **DAVID J. ORTOPAN** of **ASBURY PARK,** who was admitted to the bar of this State in 1977, be temporarily suspended from practice for failure to satisfy a fee arbitration award and to pay a monetary sanction imposed by the Disciplinary Review Board, and said **DAVID J. ORTOPAN** having failed to appear on the return date of the Order to Show Cause, and good cause appearing;

It is ORDERED that **DAVID J. ORTOPAN** is hereby temporarily suspended from the practice of law until he satisfies the award of the District IX Fee Arbitration Committee, in Docket No. IX–95–020–F and pays a sanction in the amount of $500 to the Disciplinary Oversight Committee, effective immediately, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20.